435 A.2d 248

Commonwealth v. Volz, Appellant.

Reargument Denied Sept. 3, 1981.

Petition for Allowance of Appeal Denied Jan. 26, 1982.

Submitted June 13, 1980. Raymond J. Takiff, for appellant; William Heiman, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.